# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 24, 2016

## NO. 03-13-00619-CV

**Argonaut Insurance Company and Argonaut Great Central Insurance Company, Appellants**

**v.**

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of the State of Texas, Appellees**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on August 19, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.